IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 7:19-cr-00081 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| ANTHONY BRIAN BARNETT ) | United States District Judge |
| AMINEE JEWEL DAVENPORT ) | |

**ORDER**

The defendants, Aminee Jewel Davenport and Anthony Brian Barnett, by counsel, have each moved for a continuance of the trial scheduled in this case, and the United States does not object. For the reasons stated in the motions, the court finds good cause to grant both motions. Specifically, a continuance will allow the defendants additional time for plea negotiations and to prepare for trial.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED that defendants' motions for a continuance are GRANTED and that this matter, now scheduled for trial on June 1, 2021, is continued to November 4–5, 2021. The time period between June 1, 2021, and November 4, 2021, will be excluded from the calculation of time under the Speedy Trial Act.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: June 3, 2021.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge